ERISA Law Group LLP
ROBERT J. ROSATI, State Bar No. 112006
robert@erisalg.com
THORNTON DAVIDSON, State Bar No. 166487
thornton@erisalg.com
6485 N. Palm Ave., Ste. 105
Fresno, California 93704
Telephone: 559-478-4119
Facsimile: 559-478-5939

Attorneys for Plaintiff,
THOMAS BARRY

# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS BARRY,<br><br>   Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY,<br><br>   Defendant. | Case No.: 1:15-cv-03081 LRS<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against all parties. Each party is to bear their own attorneys' fees and costs.

The Clerk shall close the case file.

DATED: November 18, 2015.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
Senior United States District Judge